IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KIMBERLY HOPSON,
    Petitioner,

vs.                                Case No. 3:07cv130/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## ORDER

      This cause is before the court upon Petitioner's "Motion for Re-Hearing" (received by the clerk on May 9, 2007), which the court will construe as a motion for reconsideration of this court's April 16, 2007 order denying appointment of counsel (*see* Doc. 7).

      Petitioner has failed to show that the order issued April 16, 2007 was clearly erroneous or contrary to law; therefore, the motion for reconsideration shall be denied.  Plaintiff is advised that she may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which she must show that this court's order was clearly erroneous or contrary to law.

      Accordingly, it is **ORDERED**:

      1.    The clerk is directed to docket Petitioner's "Motion for Re-Hearing" (received by the clerk on May 9, 2007).

      2.    Petitioner's motion, construed as a motion for reconsideration, is **DENIED**.

**DONE AND ORDERED** on this 11th day of May 2007.

                              /s/ *Elizabeth M. Timothy*
                              **ELIZABETH M. TIMOTHY**
                              **UNITED STATES MAGISTRATE JUDGE**